UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KUANG-BAO P OU-YOUNG,

           Plaintiff,

    v.

JOHN G. ROBERTS,

          Defendant.

Case No.  14-mc-80306-LHK   (VC)

**ORDER**

      The Court has reviewed the complaint in the above-captioned matter and finds that it does not state a potentially cognizable claim.  Therefore, in accordance with the Order filed on December 20, 2013 in *Ou-Young v. Roberts, et al.*, Case No. 13-4442, the Clerk is directed not to accept the complaint for filing and this action is dismissed.

      **IT IS SO ORDERED**.

Dated: November 14, 2014

_____

VINCE CHHABRIA
United States District Judge

1

2

3

UNITED STATES DISTRICT COURT

4

NORTHERN DISTRICT OF CALIFORNIA

5

6

KUANG-BAO P OU-YOUNG,

7
        Plaintiff,

Case No.  14-mc-80306-LHK   (VC)

8
   v.

**CERTIFICATE OF SERVICE**

9

10
JOHN G. ROBERTS,

        Defendant.

11

12
    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

13

14
    That on 11/14/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

15

16

17
Kuang-Bao P Ou-Young
1362 Wright Avenue
Sunnyvale, CA 94087

18

19

20

Dated: 11/14/2014

21

22

Richard W. Wieking
Clerk, United States District Court

23

24

25
By:_____

26
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

27

28

2